**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| GREGORY L. GILLILAN, | : |
| Plaintiff, | : |
| v. | : 1:05-CV-133 (WLS) |
| BRANDY HILLTON, JAMES DONALD, | : |
| Defendants. | : 42 U.S.C. § 1983 |

## **O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Richard L. Hodge (Tab 4), filed October 5, 2005. It is recommended that Plaintiff's § 1983 complaint against James Donald be dismissed and Plaintiff's claims against Brandy Hilton be allowed to proceed. Petitioner has not filed a timely objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint and claims as to Defendant James Donald (Tab 1) is **DISMISSED** and Donald is terminated as a party.

SO ORDERED, this  20th  day of December, 2005.

/s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**