IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN,

    Plaintiff,

VS.

BRANDY HILTON,

    Defendant.

CIVIL ACTION FILE
NO.  1:05-cv-133(WLS)

# O R D E R

Several motions remain pending in this § 1983 action filed by a state prisoner. The undersigned found on July 17, 2006, that the plaintiff had failed to exhaust all of his available administrative remedies as required by the Prison Litigation Reform Act before seeking relief in Federal Court, and accordingly recommended to the District Judge to whom this matter has been assigned that the complaint be dismissed without prejudice. Therefore all other pending motions in this civil action are presently moot and will remain moot in the event the recommendation is adopted. Should the recommendation not be adopted the undersigned will at that time rescind this order and consider each of the below listed motions on their merits. For the present time however each of the below listed motions are **DENIED** as **MOOT.**

*For the Plaintiff*

Doc. # 13 - Plaintiff's motion for admissions.

Doc. # 17 - Plaintiff's motion for admissions.

Doc. # 20 - Plaintiff's motion for admissions.

Doc # 21 - Plaintiff's motion for admissions.

Doc # 26 - Plaintiff's motion to strike

Doc # 28 - Plaintiff's motion for admissions.

*For the Defendant*

Doc. # 16 - Defendants motion for an extension of time and for a protective order.

SO ORDERED, this 18th day of July 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE