IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY GILLILAN, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 1:05-cv-133(WLS) |
| BRANDY HILTON, | : |
| Defendant. | : |

**RECOMMENDATION**

This is a § 1983 action brought by a State of Georgia prisoner. Presently pending herein is what the clerk has docketed as a motion for summary judgment filed by the plaintiff (Doc. # 13) and plaintiff's motion seeking a preliminary injunction (Doc. # 14). In a recommendation filed on July 17, 2006, the undersigned found that plaintiff's complaint should be dismissed without prejudice for his failure to exhaust his available administrative remedies as required by the Prison Litigation Reform Act prior to seeking relief in Federal Court. The defendant's motion to dismiss having been filed prior in time to either of plaintiff's above cited motions, the recommendation to grant the motion has the effect of temporarily rendering the above cited motions moot. These motions will remain moot in the event the District Judge to whom this matter is assigned adopts the recommendation. Should the recommendation to grant the motion to dismiss not be adopted the undersigned will at that time rescind this recommendation and consider the plaintiff's motions on the merits. For the present however, and for reporting purposes, it is the **RECOMMENDATION** of the undersigned that plaintiff's motion for summary judgement and his motion for a preliminary injunction be **DENIED** as **MOOT.**

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

    **SO RECOMMENDED,** this 18th day of July 2006.


                                        */s/ Richard L. Hodge*
                                        RICHARD L. HODGE
                                        UNITED STATES MAGISTRATE JUDGE