**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| GREGORY L. GILLILAN, | : | |
| Plaintiff, | : | |
| v. | : | 1:05-CV-133 (WLS) |
| BRANDY HILLTON, | : | |
| Defendant. | : | 42 U.S.C. § 1983 |

## O R D E R

Before the Court are two Reports and Recommendations from United States Magistrate Richard L. Hodge (Docs. 29, 31), filed July 17 and 18, 2006, respectively. It is recommended that Plaintiff's § 1983 complaint against Brandy Hilton be dismissed and that Plaintiff's motions for summary judgment and for a preliminary injunction be denied. (Docs. 9, 13, 14). Plaintiff has not filed a timely, or any, objection to the Reports and Recommendations.

Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED**, **ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss the complaint (Doc. 9) is **GRANTED** and Plaintiff's motions for summary judgment and for a preliminary injunction (Docs. 13, 14) are **DENIED.** Plaintiff Gregory L. Gillian's complaint (Doc 1) is **DISMISSED**.

SO ORDERED, this   15th   day of August, 2006.

    /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**